STATE OF MISSOURI ex rel. Jeremiah W. (Jay) NIXON, Attorney General, Respondent,

v.

MISSOURI HANDICAPPED WORKERS, INC., et al., Defendant;

Lawrence Michael AUDLEY, Appellant Pro Se.

No. WD 61361.

Missouri Court of Appeals, Western District.

March 18, 2003.

Rehearing Denied April 24, 2003.

Lawrence Michael Audley, Overland Park, KS, for pro se.

John P. Clubb, Jefferson City, MO, for Respondent.

Before HOWARD, P.J., LOWENSTEIN and HARDWICK, JJ.

### ORDER

PER CURIAM.

Michael Audley appeals the revival of a $270,400 judgment entered against him in 1992 for consumer fraud violations. For reasons stated in the Memorandum provided to the parties, we affirm the revival of the judgment. Rules 84.16(b).